**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

Re:  Brian Joseph McCormick, Jr.,      )      2:26-mc-00191-CB
*Pa. ID No.* 81437.                  )

                                    )      Chief Judge Cathy Bissoon

**ORDER**

Brian Joseph McCormick, Jr., Esq., has not timely responded to the Court's Order to Show Cause; and, thus, has not shown cause under LCvR 83.3.D why the discipline entered by the State Court/Bar should not be entered, reciprocally, here.  It, therefore, is **ORDERED** that Attorney McCormick hereby is suspended by this Court for a period of three years, effective February 22, 2026.

The Clerk of Court shall suspend Attorney McCormick's CM/ECF user account(s), and identify Attorney McCormick as being suspended in the Court's attorney admission records.

Petitions for reinstatement are governed by LCvR 83.3.G.  Given that Attorney McCormick's CM/ECF user account(s) have been deactivated, all papers for filing, including any petition for reinstatement, shall be transmitted to the undersigned's Chambers.  Submissions(s) must be accompanied by a cover letter briefly summarizing the circumstances leading thereto.  Hard copies may be sent, via First-Class U.S. Mail, to the following address:

> Chief Judge Cathy Bissoon's Chambers
> Re: Suspended or Disbarred Attorney/Reinstatement
> U.S. Courthouse
> Pittsburgh, PA  15219

Alternatively, submissions may be emailed to:  Bissoon_External@pawd.uscourts.gov – Subject line:  "Re: Suspended or Disbarred Attorney/Reinstatement."  The "cover letter" summary may be provided in the body of the email message.

A copy of this Order will be sent, via Certified Mail, to the address most recently registered by Attorney McCormick with the Clerk of Court.

IT IS SO ORDERED.


April 7, 2026                                                  s/Cathy Bissoon
                                                              Cathy Bissoon
                                                              Chief United States District Judge

cc (via Certified Mail):

Brian J. McCormick, Jr.
1818 Bethlehem Pike
Unit 76
Flourtown, PA  19038